# United States Court of Appeals for the Fifth Circuit

————————

No. 23-30815
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

March 24, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Kendrick James,

*Defendant—Appellant*.

————————————————————————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:20-CR-284-7

————————————————————————

Before Wiener, Ho, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Kendrick James has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). James has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's

————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-30815

assessment that the appeal presents no nonfrivolous issue for appellate review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.